The Mollie Gibson Consolidated Mining and Milling Company v. Summers.

CASE FOLLOWED.

For reasons stated in *M. G. C. M. & M. Co. v. Sharp, ante,* p. 259, the judgment in this case is affirmed.

*Error to the Court of Appeals.*

Mr. James H. Brown and Mr. Milton Smith, for plaintiff in error.

Mr. Charles R. Bell, Mr. C. J. Hughes, Jr., and Mr. Tyson S. Dines, for defendant in error.

Per Curiam. Substantially the same legal questions are involved in this case as in that of *The Mollie Gibson Con. M. & M. Co. v. Sharp,* decided at this term (ante, p. 259). The decision there controls here, and in accordance therewith the judgment of the court of appeals should be affirmed, and it is so ordered.

*Affirmed.*